# Exhibit B

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Riva, Jill | 1:16-cv-00439 | BEN MARTIN LAW GROUP |
| Vinnik, Charles Alan | 1:16-cv-03273 | BEN MARTIN LAW GROUP |
| Demsko, Jane M. | 1:18-cv-00221 | BEN MARTIN LAW GROUP |
| Madison, April & George Thomas | 1:18-cv-02934 | BROWN & CROUPPEN, P.C. |
| Underwood, Terry | 1:18-cv-03499 | BEN MARTIN LAW GROUP |
| Harrison, Darlene Miller | 1:19-cv-03645 | BEN MARTIN LAW GROUP |
| Espley, Kevin and Barbara | 1:19-cv-05017 | WATERS & KRAUS LLP |
| Brown, Matthew A. | 1:20-cv-06247 | BEN MARTIN LAW GROUP |
| Heglar, Bernice | 1:21-cv-00759 | BEN MARTIN LAW GROUP |
| Rodriguez, Casander | 1:21-cv-02142 | BEN MARTIN LAW GROUP |
| White, Duane D. | 1:21-cv-02667 | BEN MARTIN LAW GROUP |
| Rex, Douglas J. | 1:21-cv-06436 | BEN MARTIN LAW GROUP |
| Turgun, Dennis | 1:21-cv-06528 | BEN MARTIN LAW GROUP |
| Meyers, David L. | 1:21-cv-06533 | BEN MARTIN LAW GROUP |
| Holland, Jeffrey Todd | 1:22-cv-00163 | BEN MARTIN LAW GROUP |